IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROY HARRISON**                                                                            **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 4:07-cv-73-DPJ-JCS**

**SHERIFF LARRY MYERS AND**
**SONYA RAINEY**                                                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED** this the 14th day of November, 2007.

                                                    s/ *Daniel P. Jordan III*
                                                    UNITED STATES DISTRICT JUDGE